UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                    CRIMINAL NO. 3:07cr59WHB-JCS

CURTIS HARRISON
a/k/a HARRISON STEVEN CURTIS

**ORDER**

THIS CAUSE having come on for consideration on the motion of the Government, to amend the indictment to change the name of the Defendant to "Harrison Steven Curtis" from "Curtis Harrison".

ORDERED AND ADJUDGED that Government's request to amend the indictment to change the name of the defendant, be and is hereby granted.

SO ORDERED this the _30_ day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE